The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CARL JEFFREY CUBINE,<br><br>　　　　　　　　　　　Defendant. | NO. CR24-027 RAJ<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THIS COURT has considered the facts and circumstances contained in the parties' Stipulated Motion to Continue Trial. Based on those facts and circumstances, which are incorporated herein by reference and adopted as findings of fact, the parties' Motion (Dkt. 16) is GRANTED.

The Court finds that a failure to grant an extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv) and would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i).

The Court also finds that this case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section, 18 U.S.C. § 3161(h)(7)(B)(ii).

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 1

NEWTON AND HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

The Court also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, the Court ORDERS that the trial date be continued to July 29, 2024. All pretrial motions, including motions in limine, shall be filed no later than June 5, 2024.

IT IS FURTHER ORDERED that the period of time from the date of this Order through the new trial date of July 29, 2024, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

DATED this 23rd day of February, 2024.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 2

NEWTON AND HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800