The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>CARL JEFFREY CUBINE<br><br>                              Defendant. | NO. 2:24-cr-00027-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |

THIS COURT has considered the facts and circumstances contained in the Defendant's Motion to Amend Conditions of Release. Based on those facts and circumstances, which are incorporated herein by reference and adopted as findings of fact, the Defendant's Motion (Dkt. 25) is GRANTED.

THE COURT finds that it is appropriate to allow Mr. Cubine to travel to his cabin located at 360 Reevas Basin Rd, Tonasket, WA, 98855, every other weekend to prepare the cabin for long-term residency.

DATED this 23rd day of July, 2024.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION
TO MODIFY CONDITIONS OF RELEASE - 1

NEWTON AND HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800