Honorable Richard A. Jones

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

UNITED STATES OF AMERICA,

NO. 2:24-cr-00027-RAJ

10

Plaintiff,

ORDER GRANTING STIPULATED
MOTION TO CONTINUE
PRETRIAL MOTIONS DEADLINE

11

v.

12

CARL JEFFREY CUBINE,

13

Defendant.

14

15

THIS MATTER comes before the Court upon the parties' Stipulated Motion to

16

Continue Pretrial Motions Deadline.  Dkt. 27.  Having considered the stipulation and the

files and pleadings herein, and finding good cause,

17

18

It is hereby ORDERED that the parties' stipulated motion is GRANTED.  All

pretrial motions, including motions in limine, shall be filed no later than October 15,

19

2024.

20

21

DATED this 1st day of October, 2024.

22

23

_____
The Honorable Richard A. Jones
United States District Judge

24

25

26

27

28

ORDER – 1