The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>  v.<br><br>CARL JEFFREY CUBINE,<br><br>                                    Defendant. | NO. 2:24-cr-00027-RAJ<br><br>ORDER EXTENDING REPORT DATE |

THIS COURT has considered the facts and circumstances contained in the parties' Stipulated Motion to Extend the Report Date. Based on those facts and circumstances, which are incorporated herein by reference and adopted as findings of fact, the parties' Motion (Dkt. 46) is GRANTED.

THE COURT finds that Mr. Cubine was previously granted his request to have ninety days from the time of his sentencing to report to the Bureau of Prisons. The Court further finds that this was not communicated clearly on the Judgment and Sentence. The Court's intention was to communicate to United States Probation and the United States Marshals Service that Mr. Cubine be allowed ninety days to report to the Bureau of Prisons.

///

ORDER - 1

Accordingly, THE COURT ORDERS that Mr. Cubine shall have ninety days from the date of his sentencing, February 14, 2025, to report to the Bureau of Prisons. Defendant shall report to the Bureau of Prisons no later than May 15, 2025.

DATED this 21st day of March, 2025.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 2

**NEWTON AND HALL, ATTORNEYS AT LAW, PLLC**
**610 CENTRAL AVENUE SOUTH**
**KENT, WASHINGTON 98032**
**(253) 852-6600 - FAX (253) 852-6800**