The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CARL JEFFREY CUBINE<br><br>　　　　　　　　　　Defendant. | NO. 2:24-cr-00027-RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND REPORT DATE |

THIS COURT has considered the facts and circumstances contained in the parties' Stipulated Motion to Extend the Report Date. Based on those facts and circumstances, which are incorporated herein by reference and adopted as findings of fact, the parties' Motion is GRANTED.

THE COURT finds that Mr. Cubine was previously granted his request to have ninety days from the time of his sentencing to report to the Bureau of Prisons. The Court was made aware that Mr. Cubine had ongoing medical issues with his back. Since the time of his sentence, Mr. Cubine's medical team has opined that he is in need of lower lumbar surgery. The Court finds that the first time Mr. Cubine can get to his surgeon's office for an appointment is August 7, 2025. Mr. Cubine needs to speak with the surgeon's office to find out the course of treatment planned and recovery time.

///

ORDER - 1

1  Accordingly, THE COURT ORDERS that Mr. Cubine shall have an extension of his
2  date to report to the Bureau of Prisons to September 15, 2025.

4  DATED this 14th day of May, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2

**NEWTON AND HALL, ATTORNEYS AT LAW, PLLC**
**610 CENTRAL AVENUE SOUTH**
**KENT, WASHINGTON 98032**
**(253) 852-6600 - FAX (253) 852-6800**