The Hon. Richard A. Jones

1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT FOR THE
                     WESTERN DISTRICT OF WASHINGTON
8                                  AT SEATTLE

9

10   UNITED STATES OF AMERICA,                 NO. 2:24-cr-00027-RAJ

11                        Plaintiff,

12          v.                                 **FINAL ORDER OF FORFEITURE**

13   CARL JEFFREY CUBINE,

14                        Defendant.

15

16          THIS MATTER comes before the Court on the United States' Motion for Final

17   Order of Forfeiture (the "Motion") for the following property (the "Subject Property"):

18          a.      one Patriot Viper Fang 128GB thumb drive;

19          b.      one HP Elitebook Laptop (black); and

20          c.      one Samsung hard drive (serial number S625NJOR417778A).

21          The Court, having reviewed the United States' Motion, as well as the other

22   pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of

23   Forfeiture is appropriate because:

24          •       On January 28, 2025, the Court entered a Preliminary Order of Forfeiture

25                  finding the Subject Property forfeitable pursuant to 18 U.S.C. § 2253(a),

26                  and forfeiting Defendant's interest in it (Dkt. No. 37);

27

FINAL ORDER OF FORFEITURE - 1
*United States v. Cubine,* 2:24-cr-00027-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    •     The United States published notice of the Preliminary Order of Forfeiture

2    as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal

3    Procedure 32.2(b)(6)(C) (Dkt. No. 49) and provided direct notice to a

4    potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see*

5    Declaration of AUSA Karyn S. Johnson in Support of Motion for Final

6    Order of Forfeiture, ¶ 2, Exhibit A);

7    •     The United States has used all available efforts to send notice by means

8    reasonably calculated to reach the potential claimant, as required by Rule

9    32.2(b)(6) and Supp. Rule G(4)(b); and

10   •     The time for filing third-party claims has expired, and none were filed.

12   NOW, THEREFORE, THE COURT ORDERS:

13   1.    No right, title, or interest in the above-identified property exists in any party

14   other than the United States;

15   2.    The property is fully and finally condemned and forfeited, in its entirety, to

16   the United States; and,

17   3.    The United States Department of Justice, the Federal Bureau of

18   Investigation, and/or its representatives, are authorized to dispose of the property as

19   permitted by governing law.

21   IT IS SO ORDERED.

23   DATED this 11th day of July, 2025.

The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE - 2
*United States v. Cubine,* 2:24-cr-00027-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970