1

Judge Richard A. Jones

2

3

4

5                        UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
6                               AT SEATTLE

7
UNITED STATES OF AMERICA,            )  No. 2:24-cr-00027-RAJ
8                                    )
                Plaintiff,           )
9                                    )  ORDER GRANTING
            v.                       )  MOTION TO SEAL EXHIBIT
10                                   )
CARL JEFFERY CUBINE,                 )
11                                   )
                Defendant.           )
12                                   )

13          THIS MATTER comes before the Court upon Defendant Carl Cubine's Motion

14   to Seal his medical records, filed as Exhibit 1 to his Motion to Extend Self-Surrender

15   Date.  Having considered the Motion to Seal, and because of the nature of the

16   information contained in the referenced exhibit, the Court finds good cause to GRANT

17   the Motion (Dkt. 63).

18          It is hereby ORDERED that Exhibit 1 to Defendant's Motion to Extend Self-

19   Surrender Date shall remain sealed.

20

21          DATED this 11th day of September, 2025.

22

23          _____

24          The Honorable Richard A. Jones
            United States District Judge

25

26

ORDER GRANTING MOTION TO SEAL
(*United States v. Cubine*, No. 2:24-cr-00027-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100