The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARL JEFFERY CUBINE,<br><br>Defendant. | NO. 2:24-cr-00027-RAJ<br><br>ORDER GRANTING MOTION<br>TO SEAL DOCUMENT |

THIS MATTER comes before the Court upon Defendant Carl Jeffrey Cubine's Motion to Seal his medical records, filed as Exhibit 1 to his Motion to Extend Self-Surrender Date. Having considered the Motion to Seal, and because of the nature of the information contained in the referenced exhibit, the Court finds good cause to GRANT the Motion (Dkt. 68).

It is hereby ORDERED that Exhibit 1 to Defendant's Motion to Extend Self-Surrender Date shall remain sealed.

DATED this 21st day of October, 2025.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge