Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-cr-00027-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND SELF-SURRENDER DATE |
| CARL JEFFERY CUBINE, | |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant Carl Cubine's unopposed motion to extend his self-surrender date. Having considered the motion, and the files and pleadings herein,

IT IS ORDERED that the Motion (Dkt. 69) is GRANTED. The date by which Mr. Cubine is to report to the Bureau of Prisons is extended to February 10, 2026.

DATED this 21st day of October, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO EXTEND SELF-SURRENDER DATE
(*United States v. Cubine*, No. 2:24-cr-00027-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100